**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **VINCENT E. WILSON,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| Defendant. | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 5, 2016, within the District of Columbia, **VINCENT E. WILSON** did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury to Deputy United States Marshal Andrew Conklin, a person designated in section 1114 of Title 18, United States Code, while Deputy United States Marshal Andrew Conklin was engaged in and on account of the performance of Deputy United States Andrew Conklin's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.